# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>CLIFTON RAY DEAL, JR. and<br>KIMBERLY DAWN DEAL,<br><br>　　　　　　　　　　　　　Debtors | CHAPTER 7<br><br>CASE NO. 20-20273-JRS<br><br>HONORABLE JAMES R. SACCA |

### **TRUSTEE'S NOTICE OF ASSETS AND REQUEST THAT CLERK ISSUE BAR DATE**

COMES NOW the Trustee, Albert F. Nasuti, and represents as follows:

1. The Trustee anticipates recovering assets.

2. It appears that a distribution to creditors is possible.

3. According to the Trustee's records, there has been no notice to creditors of a deadline for filing proofs of claim and such notice should be sent as soon as possible.

WHEREFORE, the Trustee requests the Clerk issue a notice of bar date for the filing of claims.

Dated this 20th day of May, 2020.

　　　　　　　　　　　　　　　　　　/s/ Albert F. Nasuti
　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　Albert F. Nasuti, Trustee, Chapter 7 Trustee
　　　　　　　　　　　　　　　　　　Georgia Bar No. 535209
　　　　　　　　　　　　　　　　　　Thompson, O'Brien, Kemp & Nasuti, Pc
　　　　　　　　　　　　　　　　　　40 Technology Parkway South, Suite 300
　　　　　　　　　　　　　　　　　　Peachtree Corners, GA 30092
　　　　　　　　　　　　　　　　　　Tel: (770) 925-0111
　　　　　　　　　　　　　　　　　　anasuti@tokn.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>CLIFTON RAY DEAL, JR. and<br>KIMBERLY DAWN DEAL,<br><br>                              Debtors | CHAPTER 7<br><br>CASE NO. 20-20273-JRS<br><br>HONORABLE JAMES R. SACCA |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Trustee's Notice of Assets and Request that Clerk Issue Bar Date* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program: Debtors' attorney, Jack C. Lance, Jr.

I further certify that on this day I caused a copy of this document to be served via U.S. First Class Mail, with adequate postage prepaid on the parties set forth below:

Clifton Ray Deal, Jr.
130 Matthew Lane
Blue Ridge, GA 30513

Kimberly Dawn Deal
130 Matthew Lane
Blue Ridge, GA 30513

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Dated this 20th day of May, 2020.

/s/     Albert F. Nasuti
_____
Albert F. Nasuti, Chapter 7 Trustee
Georgia State Bar No. 535209
Thompson, O'Brien, Kemp & Nasuti, Pc
40 Technology Parkway South, Suite 300
Peachtree Corners, GA 30092
(770) 925-0111
anasuti@tokn.com