**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 20-20273-JRS |
| | § | |
| CLIFTON RAY DEAL, JR. | § | |
| KIMBERLY DAWN DEAL | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/10/2020. The undersigned trustee was appointed on 02/10/2020.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $433,333.33

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $0.00 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $433,333.33 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/18/2020 and the deadline for filing government claims was 08/18/2020. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,888.89. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,888.89, for a total compensation of $6,888.89[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $273.49, for total expenses of $273.49.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/08/2021                By:    /s/ Albert F. Nasuti
                                       Trustee, GA Bar No. 535209

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit A

| Case No.: | 20-20273-JRS | Trustee Name: | Albert F. Nasuti |
|---|---|---|---|
| Case Name: | DEAL, JR., CLIFTON RAY AND DEAL, KIMBERLY DAWN | Date Filed (f) or Converted (c): | 02/10/2020 (f) |
| For the Period Ending: | 3/8/2021 | §341(a) Meeting Date: | 04/28/2020 |
| | | Claims Bar Date: | 08/18/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 130 Matthew Lane Blue Ridge GA, Fannin County 30513-0000 | $176,000.00 | $0.00 | | $0.00 | FA |
| 2 | 2003 Chevrolet 2500 Mileage: 177,000.00 | $3,500.00 | $0.00 | | $0.00 | FA |
| 3 | Chevrolet Model: S 10 Year: 2000 Mileage: 151,000 | $2,000.00 | $0.00 | | $0.00 | FA |
| 4 | Chevroelt Model: s 10 Year: 1997 Mileage: 191,000 | $1,200.00 | $0.00 | | $0.00 | FA |
| 5 | 2009 Ford Escape Mileage: 135,000 | $3,500.00 | $0.00 | | $0.00 | FA |
| 6 | 2017 Chevrolet Malibu | $13,536.00 | $0.00 | | $0.00 | FA |
| 7 | 2006 McKenzie Lakota Other Information: 5th Wheel Camper | $5,800.00 | $0.00 | | $0.00 | FA |
| 8 | Normal Household Items | $1,700.00 | $0.00 | | $0.00 | FA |
| 9 | Tv's Cell Phones | $600.00 | $0.00 | | $0.00 | FA |
| 10 | Hunting Equipment | $450.00 | $0.00 | | $0.00 | FA |
| 11 | Hunting Rifles | $650.00 | $0.00 | | $0.00 | FA |
| 12 | Work and Everyday | $600.00 | $0.00 | | $0.00 | FA |
| 13 | Non Expensive Necklaces Rings Etc. | $150.00 | $0.00 | | $0.00 | FA |
| 14 | Cash | $680.00 | $0.00 | | $0.00 | FA |
| 15 | Checking UCBI | $65.00 | $0.00 | | $0.00 | FA |
| 16 | Checking (Deal Quality Custom Homes, LLC) UCBI | $0.00 | $0.00 | | $0.00 | FA |
| 17 | Checking UCBI | $9.65 | $0.00 | | $0.00 | FA |
| 18 | Checking (Scholarship Account in honor of father) UCBI | $511.50 | $0.00 | | $0.00 | FA |
| 19 | Checking BANK OZK | $600.00 | $0.00 | | $0.00 | FA |
| 20 | Deal Quality Mountain Homes, LLC 100% | $17,000.00 | $0.00 | | $0.00 | FA |
| 21 | Debtor 1 has a pending wrongful death claiming involving Debtor 1's father. | $0.00 | $433,333.33 | | $433,333.33 | FA |
| 22 | Printer, desk etc | $375.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2      Exhibit A

| Case No.: | 20-20273-JRS | Trustee Name: | Albert F. Nasuti |
| --- | --- | --- | --- |
| Case Name: | DEAL, JR., CLIFTON RAY AND DEAL, KIMBERLY DAWN | Date Filed (f) or Converted (c): | 02/10/2020 (f) |
| For the Period Ending: | 3/8/2021 | §341(a) Meeting Date: | 04/28/2020 |
|  |  | Claims Bar Date: | 08/18/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **TOTALS (Excluding unknown value)** |  |  |  |  | **Gross Value of Remaining Assets** |
|  | $228,927.15 | $433,333.33 |  | $433,333.33 | $0.00 |

**Major Activities affecting case closing:**
09/30/2020    TFR

| Initial Projected Date Of Final Report (TFR): | 03/01/2021 | Current Projected Date Of Final Report (TFR): | /s/ ALBERT F. NASUTI |
| --- | --- | --- | --- |
|  |  |  | ALBERT F. NASUTI |
|  |  |  | /s/ Albert F. Nasuti |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 20-20273-JRS | | Trustee Name: | Albert F. Nasuti |
|---|---|---|---|---|
| Case Name: | DEAL, JR., CLIFTON RAY AND DEAL, KIMBERLY DAWN | | Bank Name: | Allegiance Bank |
| Primary Taxpayer ID #: | **-***2426 | | Checking Acct #: | ******1746 |
| Co-Debtor Taxpayer ID #: | **-***2427 | | Account Title: | Checking |
| For Period Beginning: | 2/10/2020 | | Blanket bond (per case limit): | $35,660,000.00 |
| For Period Ending: | 3/8/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/08/2020 | (21) | Law Offices of M D Purcell, Jr. | Debtor's portion of the settlement funds for Clifton Deal, Jr.'s interest in his late father's estate's wrongful death claim. | 1129-000 | $433,333.33 | | $433,333.33 |
| | | | TOTALS: | | $433,333.33 | $0.00 | $433,333.33 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $433,333.33 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $433,333.33 | $0.00 | |

**For the period of 2/10/2020 to 3/8/2021**

| | |
|---|---|
| Total Compensable Receipts: | $433,333.33 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $433,333.33 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/23/2020 to 3/8/2021**

| | |
|---|---|
| Total Compensable Receipts: | $433,333.33 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $433,333.33 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 2     Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 20-20273-JRS | | Trustee Name: | Albert F. Nasuti |
|---|---|---|---|---|
| Case Name: | DEAL, JR., CLIFTON RAY AND DEAL, KIMBERLY DAWN | | Bank Name: | Allegiance Bank |
| Primary Taxpayer ID #: | **-***2426 | | Checking Acct #: | ******1746 |
| Co-Debtor Taxpayer ID #: | **-***2427 | | Account Title: | Checking |
| For Period Beginning: | 2/10/2020 | | Blanket bond (per case limit): | $35,660,000.00 |
| For Period Ending: | 3/8/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $433,333.33 | $0.00 | $433,333.33 |

**For the period of 2/10/2020 to 3/8/2021**

| | |
|---|---|
| Total Compensable Receipts: | $433,333.33 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $433,333.33 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/10/2020 to 3/8/2021**

| | |
|---|---|
| Total Compensable Receipts: | $433,333.33 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $433,333.33 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ ALBERT F. NASUTI

ALBERT F. NASUTI

/s/ Albert F. Nasuti

CLAIM ANALYSIS REPORT

Page No: 1                Exhibit C

| Case No.: | 20-20273-JRS | | Trustee Name: | Albert F. Nasuti |
| --- | --- | --- | --- | --- |
| Case Name: | DEAL, JR., CLIFTON RAY AND DEAL, KIMBERLY DAWN | | Date: | 3/8/2021 |
| Claims Bar Date: | 08/18/2020 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | ALBERT F. NASUTI  Thompson, O'Brien, Kemp & Nasuti, PC  40 Technology Parkway South, Suite 300  Peachtree Corners GA 30092 | 03/05/2021 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $6,888.89 | $6,888.89 | $0.00 | $0.00 | $0.00 | $6,888.89 |
| | ALBERT F. NASUTI  Thompson, O'Brien, Kemp & Nasuti, PC  40 Technology Parkway South, Suite 300  Peachtree Corners GA 30092 | 03/05/2021 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $273.49 | $273.49 | $0.00 | $0.00 | $0.00 | $273.49 |
| | STONEBRIDGE ACCOUNTING & FORENSICS LLC  Attn: Spence Shumway  P.O. Box 1290  Grayson GA 30017 | 03/05/2021 | Accountant for Trustee Expenses (Other Firm) | Allowed | 3420-000 | $0.00 | $42.85 | $42.85 | $0.00 | $0.00 | $0.00 | $42.85 |
| | STONEBRIDGE ACCOUNTING & FORENSICS LLC  Attn: Spence Shumway  P.O. Box 1290  Grayson GA 30017 | 03/05/2021 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $918.00 | $918.00 | $0.00 | $0.00 | $0.00 | $918.00 |
| | THOMPSON, O'BRIEN, KEMP & NASUTI, P.C.  40 Technology Parkway South Suite 300  Peachtree Corners GA 30092 | 03/05/2021 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $7,787.50 | $7,787.50 | $0.00 | $0.00 | $0.00 | $7,787.50 |
| 5 | BRANCH BANKING AND TRUST, NOW TRUIST  PO Box 1847  Wilson NC 27894 | 06/08/2020 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Disallowed | 4110-000 | $0.00 | $150,559.99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   Disallowed - per Order of 12/1/20 (Docket No. 43)

CLAIM ANALYSIS REPORT

Page No: 2   Exhibit C

| Case No.: | 20-20273-JRS | | | Trustee Name: | Albert F. Nasuti |
| Case Name: | DEAL, JR., CLIFTON RAY AND DEAL, KIMBERLY DAWN | | | Date: | 3/8/2021 |
| Claims Bar Date: | 08/18/2020 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TD BANK, USA<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118 | 05/22/2020 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $7,659.23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | Disallowed for payment in Kimberly D. Deal's Bankruptcy Estate - per Order of 12/1/20 (Docket No. 44) | | | | | | | | | | | |
| 2 | BANK OF AMERICA, N.A.<br>P O Box 15102<br>Wilmington DE 19886-5102 | 05/28/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,074.89 | $1,074.89 | $0.00 | $17.30 | $0.00 | $1,074.89 |
| 3 | BANK OF AMERICA, N.A.<br>P O Box 15102<br>Wilmington DE 19886-5102 | 05/28/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $19,866.46 | $19,866.46 | $0.00 | $319.71 | $0.00 | $19,866.46 |
| 4-2 | AMERICREDIT FINANCIAL SERVICES, INC.<br>dba GM Financial<br>P O Box 183853<br>Arlington TX 76096 | 06/01/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $623.01 | $623.01 | $0.00 | $10.03 | $0.00 | $623.01 |
| Claim Notes: | Amended claim | | | | | | | | | | | |
| 6 | AMERICAN EXPRESS NATIONAL BANK<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | 06/15/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $463.12 | $463.12 | $0.00 | $7.45 | $0.00 | $463.12 |
| 7 | BANK OF AMERICA, N.A.<br>P O Box 15102<br>Wilmington DE 19886-5102 | 06/15/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $27,975.50 | $27,975.50 | $0.00 | $450.21 | $0.00 | $27,975.50 |
| 8 | JPMORGAN CHASE BANK, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison TX 75001 | 06/17/2020 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $4,892.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | Disallowed for payment in Kimberly D. Deal's Bankruptcy Estate - per Order of 12/1/20 (Docket No. 44) | | | | | | | | | | | |

CLAIM ANALYSIS REPORT

Page No: 3   Exhibit C

| Case No.: | 20-20273-JRS | | | | | Trustee Name: | Albert F. Nasuti |
| Case Name: | DEAL, JR., CLIFTON RAY AND DEAL, KIMBERLY DAWN | | | | | Date: | 3/8/2021 |
| Claims Bar Date: | 08/18/2020 | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | CAPITAL ONE, N.A.<br><br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | 07/01/2020 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $2,992.96 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   Disallowed for payment in Kimberly D. Deal's Bankruptcy Estate - per Order of 12/1/20 (Docket No. 44)

| 10 | U.S. BANK NA DBA ELAN FINANCIAL SERVICES<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | 07/01/2020 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $9,608.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   Disallowed for payment in Kimberly D. Deal's Bankruptcy Estate - per Order of 12/1/20 (Docket No. 44)

| 11 | CITIBANK, N.A.<br><br>6716 Grade Ln.<br>Blg 9<br>Suite 910-PY Dept<br>Louisville KY 40213 | 07/30/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,849.29 | $4,849.29 | $0.00 | $78.04 | $0.00 | $4,849.29 |
| 12 | CITIBANK, N.A.<br><br>6716 Grade Ln<br>Blg 9<br>Suite 910-PY Dept<br>Louisville KY 40213-3439 | 07/31/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,114.13 | $1,114.13 | $0.00 | $17.93 | $0.00 | $1,114.13 |
| 13 | PYOD, LLC<br><br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 08/12/2020 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $5,506.61 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   Disallowed for payment in Kimberly D. Deal's Bankruptcy Estate - per Order of 12/1/20 (Docket No. 44)

| 14 | PYOD, LLC<br><br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 08/12/2020 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $3,107.89 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   Disallowed for payment in Kimberly D. Deal's Bankruptcy Estate - per Order of 12/1/20 (Docket No. 44)

CLAIM ANALYSIS REPORT

Page No: 4     Exhibit C

| Case No. | 20-20273-JRS | | | Trustee Name: | Albert F. Nasuti |
|---|---|---|---|---|---|
| Case Name: | DEAL, JR., CLIFTON RAY AND DEAL, KIMBERLY DAWN | | | Date: | 3/8/2021 |
| Claims Bar Date: | 08/18/2020 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | PYOD, LLC<br><br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 08/12/2020 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $420.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallowed for payment in Kimberly D. Deal's Bankruptcy Estate - per Order of 12/1/20 (Docket No. 44) | | | | | | | | | | | |
| | CLIFTON RAY DEAL, JR.<br><br>60 Buckeye Branch Rd<br>Morganton GA 30560 | 03/05/2021 | Surplus Funds Paid to Debtor | Allowed | 8200-002 | $0.00 | $360,555.53 | $360,555.53 | $0.00 | $0.00 | $0.00 | $360,555.53 |
| **Claim Notes:** | Debtor Surplus | | | | | | | | | | | |
| | | | | | | **$617,180.35** | **$432,432.66** | **$0.00** | **$900.67** | | **$0.00** | **$432,432.66** |

| Case No. | 20-20273-JRS | Trustee Name: | Albert F. Nasuti |
| Case Name: | DEAL, JR., CLIFTON RAY AND DEAL, KIMBERLY DAWN | Date: | 3/8/2021 |
| Claims Bar Date: | 08/18/2020 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Accountant for Trustee Expenses (Other Firm) | $42.85 | $42.85 | $0.00 | $0.00 | $0.00 | $42.85 |
| Accountant for Trustee Fees (Other Firm) | $918.00 | $918.00 | $0.00 | $0.00 | $0.00 | $918.00 |
| Attorney for Trustee Fees (Trustee Firm) | $7,787.50 | $7,787.50 | $0.00 | $0.00 | $0.00 | $7,787.50 |
| General Unsecured § 726(a)(2) | $90,154.10 | $55,966.40 | $0.00 | $900.67 | $0.00 | $55,966.40 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $150,559.99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Surplus Funds Paid to Debtor | $360,555.53 | $360,555.53 | $0.00 | $0.00 | $0.00 | $360,555.53 |
| Trustee Compensation | $6,888.89 | $6,888.89 | $0.00 | $0.00 | $0.00 | $6,888.89 |
| Trustee Expenses | $273.49 | $273.49 | $0.00 | $0.00 | $0.00 | $273.49 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      20-20273-JRS
Case Name:     CLIFTON RAY DEAL, JR.
               KIMBERLY DAWN DEAL
Trustee Name:  Albert F. Nasuti

|  |  |
|---|---:|
| Balance on hand: | $433,333.33 |

Claims of secured creditors will be paid as follows: NONE

|  |  |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $433,333.33 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Albert F. Nasuti, Trustee Fees | $6,888.89 | $0.00 | $6,888.89 |
| Albert F. Nasuti, Trustee Expenses | $273.49 | $0.00 | $273.49 |
| Thompson, O'Brien, Kemp & Nasuti, P.C., Attorney for Trustee Fees | $7,787.50 | $0.00 | $7,787.50 |
| Stonebridge Accounting & Forensics LLC, Accountant for Trustee Fees | $918.00 | $0.00 | $918.00 |
| Stonebridge Accounting & Forensics LLC, Accountant for Trustee Expenses | $42.85 | $0.00 | $42.85 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $15,910.73 |
| Remaining balance: | $417,422.60 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $417,422.60 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $417,422.60 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $55,966.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | Bank of America, N.A. | $1,074.89 | $0.00 | $1,074.89 |
| 3 | Bank of America, N.A. | $19,866.46 | $0.00 | $19,866.46 |
| 4- 2 | AmeriCredit Financial Services, Inc. | $623.01 | $0.00 | $623.01 |
| 6 | American Express National Bank | $463.12 | $0.00 | $463.12 |
| 7 | Bank of America, N.A. | $27,975.50 | $0.00 | $27,975.50 |
| 11 | Citibank, N.A. | $4,849.29 | $0.00 | $4,849.29 |
| 12 | Citibank, N.A. | $1,114.13 | $0.00 | $1,114.13 |

|  | Total to be paid to timely general unsecured claims: | $55,966.40 |
|---|---|---|
|  | Remaining balance: | $361,456.20 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $361,456.20 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-TFR (5/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $361,456.20 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 1.51 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $900.67. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $360,555.53.

UST Form 101-7-TFR (5/1/2011)